NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLIFFORD L. LEE, II,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7165

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1119, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Clifford L. Lee, II, moves for a 30-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Lee's brief is due within 30 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

**SEP 3 0 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Clifford L. Lee, II
     Steven M. Mager, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK